# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 434 MAL 2016

          Respondent

                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court

          v.

MIGUEL ANGEL PAGAN,

          Petitioner

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.